UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSE TREVINO, individually and on behalf of all others similarly situated § § § § § Plaintiff, § § v. § § § EXPRESS ENERGY SERVICES, LLC § § Defendant. § | Docket No. 5:15-cv-00841-RP<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## JOINT ADR REPORT

Pursuant to the Court's Scheduling Order and Local Rule CV-88, the Parties submit this Joint ADR Report.

**1.    The Status of Settlement Negotiations.**

This lawsuit seeks to recover unpaid overtime owed to Defendant's Hydraulic Choke Supervisors who were paid a salary over the past three years. Plaintiff and Defendant are in the process of informally exchanging compensation data, and Plaintiff intends to make a formal settlement offer to Defendant within 5 days.

**2.    The Persons Responsible for Settlement Negotiations.**

Michael Josephson is responsible for settlement negotiations for Plaintiff. Stefanie Moll is responsible for settlement negotiations for Defendant.

**3.    Whether ADR Is Appropriate in this Case.**

It is unlikely that ADR will be necessary in this case, as the parties anticipate this case will resolve in the near future.

Respectfully submitted,

By: */s/ Jessica M. Bresler*
Michael A. Josephson
Fed. Id. 27157
State Bar No. 24014780
mjosephson@fibichlaw.com
Jessica M. Bresler
Fed Id. 2459648
State Bar No. 24090008
jbresler@fibichlaw.com
Andrew Dunlap
Fed Id. 1093163
State Bar No. 24078444
adunlap@fibichlaw.com
Lindsay R. Itkin
Fed Id. 1458866
State Bar No. 24068647
litkin@fibichlaw.com
**FIBICH, LEEBRON, COPELAND,
BRIGGS & JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
713-751-0025 – Telephone
713-751-0030 – Facsimile

**AND**

Richard J. (Rex) Burch
Fed. Id. 21615
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/Stefanie R. Moll*
Stefanie R. Moll
State Bar No.24002870
smoll@morganlewis.com
Michael P. Jones
State Bar No. 24072174
michael.jones@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T: 713.890.5000
F: 713.890.5001

ATTORNEYS FOR DEFENDANT
EXPRESS ENERGY SERVICES OPERATING, LP

## **CERTIFICATE OF SERVICE**

I served this document by ECF electronic filing on all parties on February 1, 2016.

*/s/ Jessica M. Bresler*
Jessica M. Bresler